UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMIE LAMPHERE, Personal Representative of the ESTATE OF KRISTOPHOR JOHN LAMPHERE, deceased; et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant.<br><br>AND CONSOLIDATED CASES | Case No. 06-CV-2174-LAB (JMA)<br><br>**ORDER RE TELEPHONIC CASE MANAGEMENT CONFERENCES** |

On October 18, 2007 at 9:30 a.m., the Court conducted a telephonic Case Management Conference in the above entitled case. Counsel for the parties appeared telephonically for the conference.

A telephonic Case Management Conference shall be held on **January 17, 2008** at **9:00 a.m.** before Magistrate Judge Adler. Counsel shall appear telephonically at this conference. The

//

06cv2174

1 | Court will initiate the conference call.
2 | **IT IS SO ORDERED.**
3 | DATED:    October 18, 2007

Jan M. Adler
U.S. Magistrate Judge